**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1468**

_____

NORMAN L. STRADER,

Plaintiff - Appellant,

versus

DANIEL R. MCLEOD, JR.; MCNAIR LAW FIRM; JOHN
W. HARTE; GEORGE CANTELOU, JR.,

Defendants - Appellees.

_____

**No. 99-1518**

_____

NORMAN L. STRADER,

Plaintiff - Appellee,

versus

GEORGE CANTELOU, JR.,

Defendant - Appellant,

and

DANIEL R. MCLEOD, JR.; MCNAIR LAW FIRM; JOHN
W. HARTE,

Defendants.

Appeals from the United States District Court for the District of South Carolina, at Aiken. Solomon Blatt, Jr., Senior District Judge. (CA-98-1102-8-BD)

---

Submitted: September 9, 1999     Decided: September 14, 1999

---

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Norman L. Strader, Appellant Pro Se. Robert Buford Wallace, WALLACE & TINKER, Charleston, South Carolina; Wilburn Brewer, Jr., NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South Carolina; Frederick Albert Gertz, GERTZ & MOORE, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman L. Strader appeals the district court's order granting summary judgment to Defendants in Strader's 42 U.S.C.A. § 1983 (West Supp. 1999) action. George Cantelou, Jr., cross appeals the denial of his counterclaim based on Fed. R. Civ. P. 11 and the South Carolina Frivolous Proceeding Sanctions Act. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Strader v. McLeod, No. CA-98-1102-8-BD (D.S.C. Mar. 26, 1999). We deny Strader's motions to dismiss Appellees' brief and for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED